IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYDER LAWRENCE GORDON,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

ORDER

Case No. 19-cv-657-wmc

---

*Pro se* plaintiff Ryder Lawrence Gordon filed this lawsuit challenging the Social Security Administration's finding that he was no longer entitled to supplemental security income under the Social Security Act. 42 U.S.C. § 405(g). The court set December 30, 2019, as plaintiff's deadline to file his brief in support of his appeal. Gordon has not filed his brief by that deadline, nor has he contacted the court seeking an extension of that deadline. Gordon's failure to submit his brief by that deadline suggests that he may have abandoned his appeal. Before dismissing this lawsuit with prejudice for failure to prosecute, however, the court will give Gordon one more chance -- until **June 17, 2020** -- to file his brief in support of his appeal. Gordon's failure to meet that deadline will result in the court dismissing this lawsuit with prejudice.

ORDER

IT IS ORDERED that:

1) Plaintiff Ryder Gordon has until **June 17, 2020,** to file his brief in support of his appeal.

2) Gordon's failure to file his brief by that deadline will result in the court dismissing this lawsuit for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

Dated this 27th day of May, 2020.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge