IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYDER LAWRENCE GORDON,

                Plaintiff,                ORDER

    v.

                                      19-cv-657-wmc

ANDREW SAUL,
Commissioner of Social Security,

                Defendant.

---

*Pro se* plaintiff Ryder Gordon filed this lawsuit challenging the Social Security Administration's finding that he was no longer entitled to supplemental security income under the Social Security Act. 42 U.S.C. § 405(g). His brief in support of his appeal was initially due on December 30, 2019. On May 27, 2020, well after Gordon missed that deadline, the court gave plaintiff one last chance to file his brief in support, giving him until June 17, 2020. The court warned Gordon that his failure to do so would result in the court dismissing this lawsuit with prejudice for failure to prosecute. (Dkt. #16.) That deadline has passed, and Gordon has neither filed his brief, nor has he sought an extension of that deadline or contacted the court in a manner otherwise suggesting that he intends to pursue this lawsuit. Accordingly,

    IT IS ORDERED that this case is DISMISSED pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

    Entered this 1st day of July, 2020.

                                    BY THE COURT:

                                    /s/

                                    _____
                                    WILLIAM M. CONLEY
                                    District Judge